UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23329-CV-ALTONAGA

HUGO BOSS TRADE MARK
MANAGEMENT GMBH & CO. KG,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,
    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
CERTAIN DEFENDANT**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff HUGO BOSS TRADE MARK MANAGEMENT GMBH & CO. KG voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 186 | ZIZOCWA Clothing | https://www.walmart.com/reviews/seller/101232144 |

Dated: December 21, 2023

Respectfully submitted,

By: */s/ Alisha Moriceau*
Alisha Moriceau (FL Bar No. 1011395)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4217
amoriceau@bsfllp.com

*Attorney for Plaintiff Hugo Boss Trade Mark Management GmbH & Co. KG*