IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Hugo Boss Trade Mark Management GMBH & CO. KG | Case No.: 23-cv-23329 |
| Plaintiff, | Judge: Cecilia M. Altonaga |
| v. | |
| The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A | |
| Defendants. | |

_____

### NOTICE OF APPEARANCE FOR DEFENDANT NO. 178 (Store Shopping)

LYDIA PITTAWAY, Esquire, of FORD BANISTER LLC, hereby files her Notice of Appearance in this cause on behalf of Defendant No. 178 (Store Shopping).

Respectfully Submitted this 26th day of December, 2023.

/s/ Lydia Pittaway
Bar No. 0044790
**Ford Banister LLC**
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: lpittaway@fordbanister.com
*Attorney for Plaintiff*

1